WHITCOMB *v.* STRAW.

An attorney's lien on a judgment recovered by his client is security for taxable costs only.

The plaintiff recovered a judgment against the defendant on which his counsel claimed a lien for their fees and disbursements. At the same term, in another action, Straw recovered a judgment against Whitcomb, which he moved to offset against the plaintiff's judgment.

*F. D. Currier* and *J. M. Shirley*, for the plaintiff.

*Barnard & Barnard*, for the defendant.

STANLEY, J.   The plaintiff's counsel have a lien on the judgment against the defendant to the extent only of the taxable costs. · *Shapley* v. *Bellows*, 4 N. H. 347, 353; *Wright* v. *Cobleigh*, 21 N. H. 339, 341; *Young* v. *Dearborn*, 27 N. H. 324, 327; *Currier* v. *Railroad*, 37 N. H. 223, 226; *Wells* v. *Hatch*, 43 N. H. 246.

*Case discharged.*

BLODGETT, J., did not sit: the others concurred.